IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Criminal No. **3:20-CR-415-L** |
| § | |
| **JOSE MAURICIO AYALA** § | |

## **ORDER**

On July 13, 2023, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 220) was entered, recommending that the court deny Defendant Ayala's Motion to Withdraw Guilty Plea (Doc. 207) that was filed March 23, 2023. No objections to the Report were filed, and the deadline for doing so has expired.

Having considered the Motion to Withdraw Guilty Plea, Petition, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant Ayala's Motion to Withdraw Guilty Plea (Doc. 207)

**It is so ordered** this 18th day of September, 2023.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**